## FIRST DEPARTMENT, FEBRUARY, 1945.

### (February 2, 1945.)

LOUIS HINDERSTEIN, Respondent, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JACK SILVERSTEIN, Appellant, v. R. H. MACY & Co., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of JOEL L. KASHUCK, Petitioner, against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ANTHONY T. GARVEY, as Administrator of the Estate of MARY K. GARVEY, Deceased, Respondent, v. DAIRY DELIVERY SERVICE Co., INC., et al., Appellants.— Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $41,363.75, in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

EMMA E. GORDON, as Administratrix of the Estate of HENRY P. GORDON, Deceased, Plaintiff, v. BETHLEHEM STEEL COMPANY, Defendant; FORSYTHE EQUIPMENT Co., INC., et al., Respondents, and GEROSA HAULAGE & WAREHOUSE CORPORATION, Impleaded Defendant-Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *post*, p. 664.]

THOMAS W. KOHLER, Appellant, v. ROYD RULAND et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK CALLAHAN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS DORSA, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to reverse, dismiss the information and remit the fine, on the authority of *People v. Carpenito*.(292 N. Y. 498).